941 A.2d 671

**In the Interest of S.R.,**

**Petition of S.R.**

Supreme Court of Pennsylvania.

Dec. 28, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 28th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

(1) Did the Superior Court err in finding that a mother's questioning of her daughter, who alleged sexual abuse, was nontestimonial for Confrontation Clause and *Crawford* purposes?